BROWNSTEIN HYATT FARBER SCHRECK, LLP
DIANE C. DE FELICE, Bar No. 149021
ddefelice@bhfs.com
LAWRENCE J. JENSEN (Admitted *pro hac vice*)
ljensen@bhfs.com
2049 Century Park East, Suite 3550
Los Angeles, California  90067-3007
Telephone:   310.500.4600
Facsimile:    310.500.4602

Attorneys for Defendant-Intervenors
CADIZ INC. and CADIZ REAL ESTATE LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIVE AMERICAN LAND CONSERVANCY and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, Secretary of the Interior, in her official capacity; U.S. DEPARTMENT OF INTERIOR; U.S. BUREAU OF LAND MANAGEMENT; NADA WOLFF CULVER, Senior Advisor to the Secretary of Interior, exercising the delegated authority of the BLM Director; KAREN MOURITSEN, BLM California State Director; ANDREW ARCHULETA, District Manager for BLM California Desert District; MICHAEL AHRENS, Field Manager for BLM Needles Filed Office; in their official capacities,<br><br>Defendants.<br><br>CADIZ INC. and CADIZ REAL ESTATE LLC,<br><br>Defendant-Intervenors | Case No. 5:21-cv-00496-GW-ASx<br><br>**STIPULATION TO CONTINUE THE BRIEFING ON FEDERAL DEFENDANTS' MOTION FOR VOLUNTARY REMAND AND TO TAKE OFF CALENDAR DEFENDANT-INTERVENORS' MOTION TO CONTINUE THE BRIEFING SCHEDULE TO BE HEARD ON JANUARY 3, 2022**<br><br>Judge:  Hon George H. Wu |

1

STIPULATION TO CONTINUE THE BRIEFING ON FEDERAL DEFENDANTS' MOTION FOR VOLUNTARY REMAND ETC.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3007

1    Pursuant to Civil Local Rule 7-1, the parties hereby stipulate to continue and

2   take off calendar Defendant-Intervenors Cadiz Inc. and Cadiz Real Estate LLC's

3   ("Cadiz") December 1, 2021 Motion to Continue the Briefing Schedule to Allow

4   All Briefing To Be Made On the Complete Administrative Record ("Motion to

5   Continue the Briefing") and to continue the parties' briefing schedule on Federal

6   Defendants' December 3, 2021 Motion for Voluntary Remand.  It is in the interest

7   of judicial efficiency to take Cadiz's motion off calendar and agree upon a revised

8   briefing schedule.

9    On October 21, 2021, the Court entered a scheduling order governing the

10   briefing deadlines for Federal Defendants' Motion for Voluntary Remand (ECF No.

11   37).  Thereafter, on December 1, 2021, Cadiz filed its Motion to Continue the

12   Briefing (ECF No. 39) in the above-captioned litigation.  That hearing is set for

13   January 3, 2022 at 8:30 a.m.

14    The counsel for all parties have met and conferred regarding taking Cadiz's

15   Motion to Continue the Briefing off calendar, and agree to extend the remaining

16   briefing deadlines  for Federal Defendants' Motion for Voluntary Remand.  This

17   extension will allow the parties to discuss whether the administrative record should

18   be supplemented as requested by Cadiz.  Assuming the parties are able to reach

19   agreement on that issue, the government shall file any supplement to the

20   administrative record by the date set forth below.  If no agreement is reached

21   regarding a record supplement, then that issue may require separate briefing that is

22   not accounted for in the schedule below.

23    NOW THEREFORE, the parties hereby stipulate, agree, and request that the

24   Court approve the following schedule for the briefing of the Motion for Voluntary

25   Remand:

26

27

28

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Federal Defendants File Any Supplemented Administrative | November 12, 2021 | February 4, 2022 |

2

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Record | | |
| Cadiz and Plaintiffs file Responses to Motion for Voluntary Remand | February 4, 2022 | March 18, 2022 |
| Cadiz files Response to Plaintiffs' Responses and Plaintiffs file Responses to Cadiz's Response | March 4, 2022 | April 15, 2022 |
| Federal Defendants file Reply in Support of Motion for Voluntary Remand | March 4, 2022 | April 15, 2022 |
| Hearing | March 24, 2022 at 8:30 a.m. | May 5, 2022 at 8:30 a.m. |

The parties further agree that the hearing scheduled for January 3, 2022 should be vacated.

Dated:  December 13, 2021          Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Diane C. De Felice*
          DIANE C. DE FELICE
          LAWRENCE J. JENSEN
          Attorneys for Defendant-Intervenors
          CADIZ, INC. and CADIZ REAL ESTATE
          LLC

Dated:  December 13, 2021          THE NATIVE AMERICAN LAND
          CONSERVANCY and NATIONAL PARKS
          CONSERVATION ASSOCIATION

By: */s/ Michael J. Robinson-Dorn*
          MICHAEL J. ROBINSON-DORN
          Attorneys for Plaintiffs
          THE NATIVE AMERICAN LAND
          CONSERVANCY and NATIONAL
          PARKS CONSERVATION
          ASSOCIATION

3

STIPULATION TO CONTINUE THE BRIEFING ON FEDERAL DEFENDANTS' MOTION FOR VOLUNTARY REMAND ETC.

1

Dated:  December 13, 2021

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TODD KIM
Assistant Attorney General
U.S. DEPARTMENT OF JUSTICE
Environmental & Natural Resources Division


By: */s/ Luther L. Hajek*
LUTHER L. HAJEK
Attorneys for Defendants
U.S. BUREAU OF LAND
MANAGEMENT, et al.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3007

4

STIPULATION TO CONTINUE THE BRIEFING ON FEDERAL DEFENDANTS' MOTION FOR VOLUNTARY
REMAND ETC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3007

SIGNATURE CERTIFICATION

By my signature below, and pursuant to Civil Local Rule L.R. 5-4.3.4(a)(2), I attest that counsel for Plaintiffs and Defendants, whose electronic signature appears above, has concurred in the content of this Stipulation To Continue The Briefing On Federal Defendants' Motion For Voluntary Remand And To Take Off Calendar Defendant-Intervenors' Motion To Continue The Briefing Schedule To Be Heard On January 3, 2022 and has authorized its filing.

Dated: December 13, 2021          BROWNSTEIN HYATT FARBER SCHRECK, LLP

                                  /s/ Diane C. De Felice
                                  DIANE C. DE FELICE
                                  LAWRENCE J. JENSEN
                                  Attorneys for Defendant-Intervenors
                                  CADIZ INC. and CADIZ REAL ESTATE LLC

5