Brownstein Hyatt Farber Schreck, LLP
Diane C. De Felice, Bar No. 149021
ddefelice@bhfs.com
Lawrence J. Jensen (Admitted *pro hac vice*)
ljensen@bhfs.com
2049 Century Park East, Suite 3550
Los Angeles, California  90067-3007
Telephone:   310.500.4600
Facsimile:   310.500.4602

Attorneys for Defendant-Intervenors
CADIZ INC. and CADIZ REAL ESTATE LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIVE AMERICAN LAND CONSERVANCY and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, Secretary of the Interior, in her official capacity; U.S. DEPARTMENT OF INTERIOR; U.S. BUREAU OF LAND MANAGEMENT; NADA WOLFF CULVER, Senior Advisor to the Secretary of Interior, exercising the delegated authority of the BLM Director; KAREN MOURITSEN, BLM California State Director; ANDREW ARCHULETA, District Manager for BLM California Desert District; MICHAEL AHRENS, Field Manager for BLM Needles Filed Office; in their official capacities,<br><br>Defendants.<br><br>CADIZ INC. and CADIZ REAL ESTATE LLC,<br><br>Defendant-Intervenors | Case No. EDCV 21-496-GW-ASx<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE THE BRIEFING ON FEDERAL DEFENDANTS' MOTION FOR VOLUNTARY REMAND AND TO TAKE OFF CALENDAR DEFENDANT-INTERVENORS' MOTION TO CONTINUE THE BRIEFING SCHEDULE TO BE HEARD ON JANUARY 3, 2022**<br><br>Judge:  Hon George H. Wu |

1

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE  THE BRIEFING ON FEDERAL DEFENDANTS' MOTION FOR VOLUNTARY REMAND ETC.

# ORDER

Upon consideration of the December 13, 2021 Stipulation to Continue the Briefing on Federal Defendants' Motion for Voluntary Remand and Take off Calendar Defendant-Intervenors Cadiz Inc. and Cadiz Real Estate LLC's ("Cadiz") Motion to Continue the Briefing Schedule to be Heard on January 3, 2022, and otherwise being duly advised on all matters presented on this case, IT IS HEREBY ORDERED that the deadlines in the Court's October 21, 2021 scheduling order on record in this case (ECF No. 37) shall be continued, as follows:

| Event | Deadline |
|---|---|
| Federal Defendants File Any Supplemented Administrative Record | February 4, 2022 |
| Cadiz and Plaintiffs file Responses to Motion for Voluntary Remand | March 18, 2022 |
| Cadiz files Response to Plaintiffs' Responses and Plaintiffs file Responses to Cadiz's Response | April 15, 2022 |
| Federal Defendants file Reply in Support of Motion for Voluntary Remand | April 15, 2022 |
| Hearing | May 5, 2022 at 8:30 a.m. |

It is further ordered that the hearing scheduled for January 3, 2022 is VACATED.

Date: December 14, 2021

The Hon. George H. Wu
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE THE BRIEFING ON FEDERAL DEFENDANTS' MOTION FOR VOLUNTARY REMAND ETC.