UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 21-496-GW-ASx | Date | May 5, 2022 |
|---|---|---|---|

| Title | *The Native American Land Conservancy, et al. v. Debra Haaland, et al.* |
|---|---|

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Michael J. Robinson-Dorn                Luther L. Hajek, US DOJ
Daniel Jacobs                           Diane C. De Felice
                                        Lawrence J. Jansen
                                        Rafe Peterson

**PROCEEDINGS:** **TELEPHONIC HEARING ON DEFENDANTS' MOTION FOR VOLUNTARY REMAND [40]; and CADIZ INC. AND CADIZ REAL ESTATE LLC'S MOTION TO STRIKE ALLEGATIONS THAT THE CADIZ WATER PROJECT WILL CAUSE SIGNIFICANT HARMFUL ENVIRONMENTAL IMPACTS [58]**

The Court's Tentative Ruling was issued on May 4, 2022 [79]. Court hears oral argument. For reasons stated on the record, the Motions are taken under submission.

                                                                    :    20

                                                Initials of Preparer    JG